

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00190-CV

Oscar A. **MIRANDA**,
Appellant

v.

Karen **PENA**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV01721
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs are taxed against appellant Oscar A. Miranda.

SIGNED July 17, 2024.

Luz Elena D. Chapa, Justice